172 F.3d 884
 Warren Kobatake, Pleasonton Corp., a Hawaii Corporation
v.
E.I. DuPont de Nemours and Company, Alston & Bird; Ellis W.
Lay, d/b/a Wintergreen Nurseries, Prince Nurseries, Inc., a
North Carolina Corporation v. E.I. DuPont de Nemours and
Company, a Delaware Corporation, Alston & Bird
 NOS. 97-8899, 97-8914
 United States Court of Appeals,
Eleventh Circuit.
 January 29, 1999
 N.D.Ga., 162 F.3d 619
 
 1
 DENIALS OF REHEARING EN BANC.